1  Albert B. Norris (SBN 34756)
   Stephen G. Blitch (SBN 70193)
2  Daniel J. Valim (SBN 233061)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
4
   **Mailing Address:**
5  P.O. Box 2084
   Oakland, CA  94604-2084
6
7  Telephone:    510.763.2000
   Facsimile:    510.273.8832

8  Attorneys for Lincoln Electric Holdings; The
   ESAB Group, Inc (erroneously named as
9  "ESAB Group, Inc., as itself and successor to
   Alloy Rods Inc. and L-TEC Welding and
10 Cutting Systems, Inc."); The Lincoln Electric
   Company; A.O. Smith Corporation; Praxair, Inc.
11 (erroneously named as "Praxair, Inc., as
   successor to Linde Air Products"); Union
12 Carbide Corporation (erroneously named as
   "Union Carbide Corporation, as successor to
13 Linde Air Products and Haynes Satellite
   Works"); Viacom Inc., successor by merger to
14 CBS Corporation, f/k/a Westinghouse; Hobart
   Brothers Company (erroneously named as
15 "Hobart Brothers Company, as itself and
   successor to Teledyne McKay, Inc." and
16 "McKay Welding Products"); The BOC Group,
   Inc. f/k/a Airco, Inc. (erroneously named as
17 "AIRCO/The BOC Group, Inc., as itself and as
   successor to Airco, Inc. (f/k/a Air reduction Co.)
18 and Wilson Welder & Metal Co."); Allegheny
   Technologies, Inc.; Lincoln Global, Inc.;
19 Sandvik, Inc. (erroneously named as "Sandvik
   Materials Technology Company"); and Airgas
20 Gulf-States, Inc.

21                UNITED STATES DISTRICT COURT

22                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 23  KENNETH PRIDMORE, an individual and MARJORIE PRIDMORE, an individual, | No.: 2:06-cv-1897 MCE-KJM |
| 24 | |
| 25             Plaintiffs, | |
| 26      vs. | **STIPULATION AND ORDER STAYING PROCEEDINGS** |
| 27  A.O. SMITH CORPORATION; ADAMS HARD-FACING COMPANY, INC.; AIR PRODUCTS & CHEMICALS, INC.; AIRCO | |
| 28  INC.; AIRCO/THE BOC GROUP, INC., as itself | |

and as successor to Airco, Inc. (f/k/a Air Reduction Co.) and Wilson Welder & Metal Co.; AIRGAS-GULF STATES, INC.; ALLEGHENY TECHNOLOGIES, INC. as successor to Teledyne-McKay Welding Products; AVESTA POLARIT, INC.; BOC FINANCIAL CORP.; THE BOC GROUP, INC.; CATERPILLAR, INC.; THE ESAB GROUP, INC.; ESAB GROUP, INC., as itself and as successor to Alloy Rods Inc., and L-TEC Welding and Cutting Systems, Inc.; GENERAL ELECTRIC COMPANY; HAYNES INTERNATIONAL, INC.; HOBART BROTHERS COMPANY, as itself and as successor to Teledyne McKay, Inc.; ILLINOIS TOOL WORKS, INC., as successor to Hobart Brothers Corp., Teledyne McKay, Inc. and Miller Electric Manufacturing Corp.; THE LINCOLN ELECTRIC COMPANY LINCOLN ELECTRIC HOLDINGS; LINCOLN GLOBAL, INC., also known as Seal Seat Corporation; MCKAY WELDING PRODUCTS; METROPOLITAN LIFE INSURANCE COMPANY; MILLER ELECTRIC MANUFACTURING CO., INC ; PRAXAIR, INC., as successor to Linde Air Products; RANKIN INDUSTRIES, INC.; STOODY COMPANY, as itself and as successor to the Deloro Stellite Company; THERMADYNE HOLDINGS CORPORATION, as itself and as successor to the Deloro Stellite Company, Stoody Company, and Tweco Products, Inc.; UNION CARBIDE CORPORATION, as successor to Linde Air Products and Haynes Stellite Works; VIACOM, INC.; WESTINGHOUSE ELECTRIC CORPORATION; J.W. HARRIS COMPANY, INC.; OLSON AND CO. STEEL, individually and as successor-in-interest to BOSTROM-BERGEN METAL PRODUCTS; BOSTROM-BERGEN METAL PRODUCTS; VICTOR EQUIPMENT COMPANY; HUNTINGTON ALLOYS CORPORATION f/k/a Inco Alloys International Inc.; SANDVIK MATERIALS TECHNOLOGY COMPANY; THERMADYNE INDUSTRIES aka Stoody; EAST BAY WELDING SUPPLY, INC.; CALIFORNIA WELDING SUPPLY COMPANY; GENUINE PARTS COMPANY; and Does 1-1000,

Defendants.

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to
3  <u>In re Welding Fume Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).

5  Throughout the period during which the transfer is pending, the parties stipulate to a stay of
6  Defendants' obligation to respond to the complaint and of the parties' right to propound discovery.
7  During this period, the parties respectfully request that this Court refrain from issuing any
8  scheduling orders in this matter, including but not limited to case management orders and orders
9  pertaining to Alternative Dispute Resolution.  Furthermore, any and all case management
10 conferences currently on calendar are now removed.

12  SO STIPULATED AND AGREED

DATED: September 19, 2006

REED SMITH LLP

By _____
Albert B. Norris
Stephen G. Blitch
Daniel J. Valim
Attorneys for Defendants
Lincoln Electric Holdings; The ESAB Group, Inc (erroneously named as "ESAB Group, Inc., as itself and successor to Alloy Rods Inc. and L-TEC Welding and Cutting Systems, Inc."); The Lincoln Electric Company; A.O. Smith Corporation; Praxair, Inc. (erroneously named as "Praxair, Inc., as successor to Linde Air Products"); Union Carbide Corporation (erroneously named as "Union Carbide Corporation, as successor to Linde Air Products and Haynes Satellite Works"); Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse; Hobart Brothers Company (erroneously named as "Hobart Brothers Company, as itself and successor to Teledyne McKay, Inc." and "McKay Welding Products"); The BOC Group, Inc. f/k/a Airco, Inc. (erroneously named as "AIRCO/The BOC Group, Inc., as itself and as successor to Airco, Inc. (f/k/a Air reduction Co.) and Wilson Welder & Metal Co."); Allegheny Technologies, Inc.; Lincoln Global, Inc.; Sandvik, Inc. (erroneously named as "Sandvik Materials Technology Company"); and Airgas Gulf-States, Inc.

DATED: _____

GREENE BROILLET & WHEELER, LLP

By _____
Bruce Fishelman
Helaine Hatter
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: September 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DOCSOAK-9843661.1