United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

October 20, 2006

Eastern District of California
Office of the Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento,  CA 95814-2322

Re: **MDL 1535 Welding Rod Products Liability Litigation**

Transfer of Civil Cases                                        EDCA#
**Peruchetti, et al v A.O Smith Corp., et al**                 2:06-1776  GEG
**Pridmore, et al  v Lincoln Electric Holdings, Inc.**         2:06-1897  MCE

Dear Sir/Madam:

Enclosed is a certified copy  of Conditional Transfer Order (CTO-43) of the Judicial Panel on Multidistrict Litigation directing the transfer of  the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable Kathleen McDonald O'Malley is to preside over this litigation.

**Once case has  been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below.  We will retrieve documents electronically.**

Northern District of Ohio case numbers will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

A CERTIFIED TRUE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 1 3 2006

SEP 2 7 2006

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

**DOCKET NO. 1535**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-43)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 269 F.Supp.2d 1365 (J.P.M.L. 2003). Since that time, 355 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: _____ Bennie Schramstein
Deputy Clerk

# SCHEDULE CTO-43 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA CENTRAL
CAC   2  06-5327          Larry Brengle, et al. v. A.O. Smith Corp., et al.

CALIFORNIA EASTERN
CAE   2  06-1776          Douglas Peruchetti, et al. v. A.O. Smith Corp., et al.
CAE   2  06-1897          Kenneth Pridmore, et al. v. Lincoln Electric Holdings, Inc., et al.

CALIFORNIA NORTHERN
CAN   3  06-4810          David Dickens, et al. v. A.O. Smith Corp., et al.
CAN   3  06-4822          John Lassus, et al. v. Lincoln Electric Holdings, Inc., et al.
CAN   3  06-4825          Harry Battiste, et al. v. A.O. Smith Corp., et al.
CAN   3  06-5049          Joseph Duran v. A.O. Smith Corp., et al.
CAN   4  06-4811          Rufino Ramos v. A.O. Smith Corp., et al.

CALIFORNIA SOUTHERN
CAS   3  06-1589          Jorge Gallardo, et al. v. A.O. Smith Corp., et al.
CAS   3  06-1590          Lawrence Proulx v. A.O. Smith Corp., et al.
CAS   3  06-1596          Michael A. Jones, et al. v. A.O. Smith Corp., et al.

MINNESOTA
MN   0  06-3319          David Mann v. Airco, Inc./BOC Group, Inc., et al.

PENNSYLVANIA WESTERN
PAW  3  06-103           William E. Walsh, Jr. v. Consolidated Rail Corp., et al.
PAW  3  06-104           Charles A. Williams v. Consolidated Rail Corp., et al.